Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., #100
Las Vegas, NV 89134
Telephone: (702) 232-2543
brad@slightinglaw.com

*Attorney for Defendants Marco Parrotto,
Sheenagh Parratto, and
Viper Tradeshow Transportation, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LVE – IT VEGAS CORP., a Nevada corporation; and LAS VEGAS EXPO, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MARCO PARROTTO, an individual; SHEENAGH PARROTTO, an individual; VIPER TRADESHOW TRANSPORTATION, INC., an Illinois corporation; DOES 1 through Z and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2-23-cv-00595-ART-EJY <br><br><br> **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (ECF NO. 1)** |

///

///

///

///

///

///

1

# STIPULATION AND [PROPOSED] ORDER

Defendants Marco Parrotto ("M. Parrotto"), Sheenagh Parrotto ("S. Parrotto"), and Viper Tradeshow Transportation, Inc. ("Viper") (M. Parrotto, S. Parrotto, and Viper are collectively referred to herein as "Defendants") and Plaintiffs LVE – IT Vegas Corp. and Las Vegas Expo, Inc. ("Plaintiffs") (Defendants and Plaintiffs are collectively referred to herein as the "Parties"), by and through their respective undersigned counsel of record, the law firms of Slighting Law and Snell & Wilmer LLP, hereby stipulate and agree as follows:

WHEREAS, on April 18, 2023, Plaintiffs filed their Complaint (ECF No. 1);

WHEREAS, on April 25, 2023, Viper was served with Plaintiffs' Summons (ECF N0. 3-1) and Complaint (ECF No. 1), thereby making Viper's response to Plaintiffs' Complaint due on May 16, 2023;

WHEREAS, on May 3, 2023, counsel for Defendants executed a Waiver of Service of the Summons on behalf of M. Parrotto and S. Parrotto (ECF No. 23), thereby making their response to Plaintiffs' Complaint due on July 3, 2023 pursuant to Fed. R. Civ. P. 4(d)(3)[1];

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The calculated dated for M. Parrotto and S. Parrotto to respond to Plaintiffs' Complaint is Sunday, July 2, 2023 – 60 days after the execution of the Waiver of Service of the Summons; the next judicial day is Monday, July 3, 2023.

THEREFORE, in order to establish a uniform due date for all Defendants to file a response to Plaintiffs' Complaint, the Parties jointly stipulate that the Court should enter an order allowing all Defendants to file a response to Plaintiffs' Complaint by no later than June 20, 2023.

Respectfully submitted, this 11th day of May 2023.

**SLIGHTING LAW**

/s/Bradley S. Slighting
Bradley S. Slighting, Esq.
Nevada Bar No. 10225
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134

*Attorney for Defendants Marco Parrotto, Sheenagh Parratto, and Viper Tradeshow Transportation, Inc.*

**SNELL & WILMER LLP**

/s/ Paul Swenson Prior
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Erik J. Foley, Esq.
Nevada Bar No. 14195
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiffs LVE – IT Vegas Corp. and Las Vegas Expo, Inc.*

**IT IS SO ORDERED.**

Dated: May 12, 2023.

Hon. Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

3