Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., #100
Las Vegas, NV 89134
Telephone: (702) 232-2543
brad@slightinglaw.com

Michael D. Rawlins, Esq.
Nevada Bar No. 5467
MICHAEL D. RAWLINS, PLLC
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Telephone: (702) 832-1670
michael@rawlins.law

*Attorneys for Defendants Marco Parrotto,
Sheenagh Parratto, and
Viper Tradeshow Transportation, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LVE – IT VEGAS CORP., a Nevada corporation; and LAS VEGAS EXPO, INC., a Nevada corporation,<br><br>Plaintiffs,<br>v.<br><br>MARCO PARROTTO, an individual; SHEENAGH PARROTTO, an individual; VIPER TRADESHOW TRANSPORTATION, INC., an Illinois corporation; DOES 1 through Z and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2-23-cv-00595-ART-EJY<br><br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (ECF NO. 1)**<br><br>**(SECOND REQUEST)** |

/ / /

/ / /

1

**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (ECF NO. 1)**

**(SECOND REQUEST)**

Defendants Marco Parrotto ("M. Parrotto"), Sheenagh Parrotto ("S. Parrotto"), and Viper Tradeshow Transportation, Inc. ("Viper") (M. Parrotto, S. Parrotto, and Viper are collectively referred to herein as "Defendants") and Plaintiffs LVE – IT Vegas Corp. and Las Vegas Expo, Inc. ("Plaintiffs") (Defendants and Plaintiffs are collectively referred to herein as the "Parties"), by and through their respective undersigned counsel of record, the law firms of Slighting Law, Michael D. Rawlins, PLLC, and Snell & Wilmer LLP, hereby stipulate and agree as follows:

WHEREAS, on April 18, 2023, Plaintiffs filed their Complaint (ECF No. 1);

WHEREAS, on April 25, 2023, Viper was served with Plaintiffs' Summons (ECF N0. 3-1) and Complaint (ECF No. 1), thereby making Viper's response to Plaintiffs' Complaint due on May 16, 2023;

WHEREAS, on May 3, 2023, counsel for Defendants executed a Waiver of Service of the Summons on behalf of M. Parrotto and S. Parrotto (ECF No. 23), thereby making their response to Plaintiffs' Complaint due on July 3, 2023 pursuant to Fed. R. Civ. P. 4(d)(3)[1];

WHEREAS, on May 12, 2023, the Court entered the Stipulation and Order Re: Extension of Time to Respond to Plaintiffs' Complaint (ECF No. 25) which established June 20, 2023 as the deadline for Defendants to respond to Plaintiffs' Complaint;

WHEREAS, as Plaintiffs intend on amending their original Complaint (ECF No. 1), thus rendering moot any response Defendants would file to the same;

WHEREAS, this is the Parties' second request to extend the deadline for Defendants to respond to Plaintiffs' original Complaint (ECF No. 1).

---

[1] The calculated dated for M. Parrotto and S. Parrotto to respond to Plaintiffs' Complaint is Sunday, July 2, 2023 – 60 days after the execution of the Waiver of Service of the Summons; the next judicial day is Monday, July 3, 2023.

THEREFORE, in order to allow Plaintiffs an opportunity to amend their original Complaint (ECF No. 1) and in the interest of judicial economy, the Parties jointly stipulate that, should Plaintiffs' not amend their original Complaint and thus trigger a new deadline by which Defendants must respond to the same, the Court should enter an order allowing all Defendants to file a response to Plaintiffs' original Complaint by no later than July 11, 2023

Respectfully submitted, this 19th day of June 2023.

**SLIGHTING LAW**

/s/Bradley S. Slighting
Bradley S. Slighting, Esq.
Nevada Bar No. 10225
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134

Michael D. Rawlins, Esq.
Nevada Bar No. 5467
MICHAEL D. RAWLINS, PLLC
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

*Attorneys for Defendants Marco Parrotto, Sheenagh Parratto, and Viper Tradeshow Transportation, Inc.*

**SNELL & WILMER LLP**

/s/ Paul Swenson Prior
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Erik J. Foley, Esq.
Nevada Bar No. 14195
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiffs LVE – IT Vegas Corp. and Las Vegas Expo, Inc.*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  June 20, 2023

3