Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Theresa C. Trenholm, Esq.
Nevada Bar No. 16460
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
       ttrenholm@swlaw.com

*Attorneys for Plaintiffs LVE - IT Vegas Corp. and Las Vegas Expo, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LVE - IT VEGAS CORP., a Nevada corporation; and LAS VEGAS EXPO, INC., a Nevada corporation,<br><br>               Plaintiffs,<br><br>vs.<br><br>MARCO PARROTTO, an individual; SHEENAGH PARROTTO, an individual; VIPER TRADESHOW TRANSPORTATION, INC., an Illinois corporation; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>               Defendants. | Case No.: 2:23-cv-00595-ART-EJY<br><br>**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiffs LVE - IT Vegas Corp. and Las Vegas Expo, Inc. and Defendants Marco Parrotto, Sheenagh Parrotto, and Viper Tradeshow Transportation, Inc., by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear their own fees and costs.

///

///

- 1 -

4896-1581-2248

**IT IS SO STIPULATED.**

Dated: December 22, 2023

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
   Paul Swenson Prior, Esq.
   Nevada Bar No. 9324
   Theresa C. Trenholm, Esq.
   Nevada Bar No. 16460
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, NV 89169

*Attorneys for Plaintiffs LVE - IT Vegas Corp. and Las Vegas Expo, Inc.*

Dated: December 22, 2023

SLIGHTING LAW

By: */s/ Bradley S. Slighting*
   Bradley S. Slighting, Esq.
   Nevada Bar No. 10225
   1707 Village Center Cir., #100
   Las Vegas, NV 89134

   Michael D. Rawlins, Esq.
   Nevada Bar No. 5467
   MICHAEL D. RAWLINS, PLLC
   2371 E. Warm Springs Rd.
   Las Vegas, NV 89120

*Attorneys for Defendants Marco Parrotto, Sheenagh Parrotto, and Viper Tradeshow Transportation, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: 12/22/2023

- 2 -

4896-1581-2248